Paid Receipt No. 15001196A

Michael Jarrus
526 S Alexander Ave
Royal Oak, MI 48067
248-259-1645
Michaeljarrus@gmail.com

Case: 2:24-mc-51043
Assigned To : Murphy, Stephen J., III
Referral Judge: Grand, David R.
Assign. Date : 9/6/2024
Description: MC In Re Michael Jarrus (JH)

09/05/2024

Eastern District of Michigan, United States District Court
231 W Lafayette Blvd, Detroit, MI 48226

Motion to Enforce State Court Order

Dear Judge

I Michael Jarrus respectfully submit this Motion to Enforce a State Court Order. I am the petitioner in this case and seek the enforcement of a state court order that has not been complied with.

On 04/10/2024, the State of Michigan, Judicial District, Judicial Circuit, Oakland County Probate Estates Division issued an order to remove me from the Lein system. Despite this order, I remain listed in the Lein System which has caused significant hardship. I have exhausted all State-level remedies, and the state authorities have confirmed that they have done everything within their power to comply with the order.

The state court's order is clear and unambiguous. Under 18 U.S.C. § 925(c), the federal court has the authority to enforce this order to ensure compliance. The continued listing in the LEIN system is a violation of my rights and has caused undue hardship.

In Tyler v. Hillsdale County Sheriff's Department, the Sixth Circuit Court of Appeals ruled that the federal prohibition on firearm possession for individuals who have been committed to a mental institution could be challenged on Second Amendment grounds. Similarly, in Keyes v. Lynch, the court found that individuals could petition for relief from the prohibition if they could demonstrate that they no longer posed a danger to themselves or others. The Red Flag Law in MI just recently introduced, does not take into account the expiration after one year of those reported prior to the Red Flag system.

*Relief Sought:**

I respectfully request that the federal court enforce the state court's order to remove me from the LEIN system immediately. I am not a danger to myself or others. It appears that I have been red flagged improperly. I have been incident free from police contact for more than 10 years. I also do not have mental issues. I am happily producing a commentary on current events, shown on

You-tube and Rumble. I am planning on finishing a degree at Wayne State University in Liberal Arts.

Remaining in the LEIN system and being Red Flagged has caused me not to be able to buy a handgun or rifle so I could be part of my family's sport hunting group. My mother has concurred and finds me to no longer have mental issues. I am under the care of Beaumont Hospital Neurology Department for Multiple Sclerosis for the past 5 years and continue to have treatments there. I am in good shape now and would like to share in my family's hunting outings for as long as I am able.

Michael Jarrus             Date: 09/06/2024

| Approved, SCAO | Original - Court<br>1st copy – for LEIN entry | 2nd copy – Return to court<br>3rd copy – Tickler file<br>OSM CODE: RMV |
|---|---|---|
| **STATE OF MICHIGAN**<br>**JUDICIAL DISTRICT**<br>**JUDICIAL CIRCUIT**<br>**OAKLAND COUNTY PROBATE** | **REMOVAL OF ENTRY FROM LEIN** | CASE NO.<br>2014-358545-GA |

| ORI<br>MI-630013J | Court Address<br>Oakland County Probate Court - Estates Division<br>1200 N. Telegraph Rd.  #457   Pontiac, MI  48341-0457 | Court telephone no.<br>(248) 858-0260 |
|---|---|---|
| Effective date of order | Expiration date of order | Agency file no. |

TO: Law enforcement agency and address

Michigan State Police
Attn:  Warrants
Detroit Regional Communications Center
1050 Sixth St.
Detroit, Michigan  48226

Defendant/Juvenile/Respondent name, address, and telephone no.

MICHAEL JARRUS
526 S. ALEXANDER AVE.
ROYAL OAK, MI 48067

Date of birth

**IT IS ORDERED:**

1. The conditions requiring LEIN entry in this case or matter no longer exist.

2. The record of this entry shall be removed immediately from Law Enforcement Information Network (LEIN) files.

4/10/24
Date

Judge/District court magistrate   Linda S. Hallmark   P28066   Bar no.

**To the law enforcement agency:**

Immediately after receiving this form, remove entry in this case or matter from Law Enforcement Information Network (LEIN) files, complete the certification, and return the 2nd copy to the court.

**CERTIFICATION OF REMOVAL**

I certify that the LEIN entry in this case or matter has been removed from LEIN files.

Date

Signature of law enforcement representative

I certify that I have compared this copy on which this certificate is affixed, with the original instrument on file in this court, and that this copy is a correct copy of the original.
LINDA S. HALLMARK, CHIEF JUDGE
Oakland County Probate Court
Pontiac, Michigan
By _____
Deputy Probate Register
Date of this certification  9/5/24

FILED  April 10  20 24

Deputy Register of Probate

MC 239 (3/06) REMOVAL OF ENTRY FROM LEIN

MCL 764.15b, MCL 765.6b

6/16/2016

Approved, SCAO | OSM CODE: ACL

| STATE OF MICHIGAN PROBATE COURT OAKLAND COUNTY CIRCUIT COURT-FAMILY DIVISION | MEMORANDUM OF ADMINISTRATIVE CLOSING | FILE NO. 2014 0000358545 GA |

In the matter of  MICHAEL DAVID JARRUS

1. ☒ The fiduciary in this matter has been suspended and the interested persons and any sureties on the fiduciary's bond were notified of this suspension. No request has been received for the appointment of a successor fiduciary.

2. ☐ The personal representative has not filed the required notice of continued administration, petition for settlement, or a sworn statement closing the estate. There is no petition of an interested person pending. The court notified the personal representative and interested persons that the court will close the estate administration and terminate the personal representative's authority within 63 days of the notice. At least 63 days have passed since notice.

3. ☐ Upon petition of the conservator to administratively close the estate, notice of hearing was given to or waived by the interested persons. The court finds good cause to administratively close the estate.

4. ☒ a. This file is closed for administrative purposes. It does not constitute a dismissal or discharge of the fiduciary.

   ☐ b. The estate administration is closed and the personal representative's authority is terminated.

5. This matter may be reopened upon filing of a petition. (use form PC 607)

_6/16/2016_  
Date

Judge _Linda S Hallmark_  
LINDA S. HALLMARK

28066  
Bar no.

---

Do not write below this line - For court use only

2016 JUN 16 AM 11:17

I certify that I have compared this copy on which this certificate is affixed, with the original instrument on file in this court, and that this copy is a correct copy of the original.  
LINDA S. HALLMARK, CHIEF JUDGE  
Oakland County Probate Court  
Pontiac, Michigan  
By _William Cohen_  
Deputy Probate Register  
Date of this certification _9/5/24_

PC 599 (09/03)  MEMORANDUM OF ADMINISTRATIVE CLOSING   MCL 700.3951(3), MCR 5.144, MCR 5.203(D)

Concerning:  12/18/2023
Michael Jarrus
526 S Alexander Ave
Royal Oak MI 48067


My Son, Michael Jarrus was born on June 2, 1986 and is 37 years old. He currently resides with me at my home. His father passed away when Michael was 9 years old in his presence of a massive heart attack. He graduated with a GED after 2 years of homeschooling. He started college and did very well academically. He has finished 3 years toward a bachelors degree. He was diagnosed with Muscular Sclerosis and diligently follows a physical activity plan, and supplemental nutrition, which is done under his Drs. supervision at Beaumont Hospital Royal Oak. His Dr is very impressed with his progress as we all are in his family.

Michael displays characteristics of a kind, empathetic and intelligent man. He is closest to his stepsister Andrea Jarrus and talks to her frequently each week to see how she is coping. She has had surgeries to her back and his calls help her as she is limited physically. He also helps me to visit my mother, his grandmother who is 93 and is in assisted care. He drives me to see her 2x a week on average and also visits and calls her. I was diagnosed with breast cancer, and he helps me enormously with cooking, cleaning, conversation and taking me to Dr appointments. He tries to also strengthen family relations on his father's side of the family. He goes to lunch or visits his Uncles and a cousin who is close to Michaels age. He has an appreciation for family.

My son is a warm, witty and determined man who is anxious to make a real life. His health is stable. He has his family on his side,

Sincerely,


Linda Jarrous
526 S Alexander Ave
Royal Oak, MI 48067
248-390-5172

On Friday May 17th, the first time I felt like both DC Stanton and Karen Bonadeo impeded upon my ability to gain my 2nd amendment rights back as per the instructions given to me by the FBI and NICS. This occurred between 12 and 12:30 pm. It started with DC Stanton telling me I might as well stop applying for my gun permit because the city will never grant them to me. I told them I'm already receiving legal advice, and I do not need any fraudulent legal advice from a supervisor of a records dept. This is after I came in and showed them that Judge Hallmark in Probate court in Oakland county circuit ct. dismissed the LIEN against me. Both of them said they 'Don't care what the Judge said and I will never obtain a gun in this city, no matter what the court says". First stated by DC Stanton and then again by Karen Bonadeo. I then asked for an FOIA and both discouraged me from filling it out as, "You will never get a gun permit in this city. I told them their opinions didn't matter to me, I just wanted a FOIA form. When I returned to give them the FOIA, I realized I needed an additional FOIA to get my STN and MTN numbers so I could appeal the decision from NICS. Again, Ms Bonadeo started harassing me by telling me there is no reason to fill out another FOIA. I repeated to her," I can get legal advice from my brother-in-law who is an attorney. I don't need any faulty legal advice from somebody who is not a qualified attorney. On May 28th 2024, I returned to get my fingerprints taken as that was the next step in clearing my name through the FBI. Ms Bonadeo saw me and ran to the front desk to again state, it doesn't matter what I do, the city will not grant me my gun rights. I then asked to speak to the Chief of Police. He Said she was wrong and her information was wrong. On May 29th 2024 I went to pick up a decision on a FOIA I had previously submitted for the same matter. Ms Bonadeo again stated her incorrect opinion, harassing me.